IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LARRY WEST, | : | |
|     Plaintiff, | : | |
| | : | 1:10-cv-2637 |
| v. | : | |
| | : | Hon. John E. Jones III |
| DAVID VARANO, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

April 30, 2015

**NOW, THEREFORE,** upon consideration of Defendants' motion (Doc. 85) for summary judgment, and in accordance with the court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion (Doc. 85) for summary judgment pursuant to Federal Rule of Civil Procedure 56 is deemed unopposed and **GRANTED**.

2. The Clerk of Court is directed to **ENTER** judgment in favor of Defendants Ellers and McCarty and against plaintiff.

3. The Clerk of Court is further directed to **CLOSE** this case.

                                        s/ John E. Jones III
                                        John E. Jones III
                                        United States District Judge